```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

PEARLINE MARTIN                         :
4430 South Dakota Avenue, N.E.
Washington, D.C. 20017                  :

    Plaintiff                            :

    v.                                   :    Case No.:

UNITED STATES OF AMERICA                :

Serve:                                  :
Alberto Gonzales,
United States Attorney General          :
Department of Justice
950 Pennsylvania Avenue N.W.,           :
Washington, D.C. 20530
                                                      :

Serve:
U.S. Attorney                           :
   for the District of Columbia
Civil Process Clerk                     :
501 3rd Street N.W.,
Washington, D.C. 20530                  :

## COMPLAINT

    COMES NOW the Plaintiff, Pearline Martin, by and through her attorney, and states the following complaint:

    1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §2671 et seq.

    2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C.A. §1346(b).  Venue lies in this jurisdiction pursuant to 28 U.S.C. §1402(b).

    3. Pursuant to the Federal Tort Claims Act, all conditions precedent to the institution of this action against the United

States of America have been met. The Plaintiff presented a timely claim to the U.S. Department of the Treasury, Bureau of Engraving and Printing. More than six months having passed since the presentation of that claim, without any final disposition of the claim by that agency, Plaintiff is now permitted to sue the United States of America in this Court. 28 U.S.C. §2675.

4. At the time of the incident alleged herein, Plaintiff worked as an elevator operator at the Department of Bureau & Engraving at 14th & C Street in Washington, D.C.

5. On October 9, 2001, the elevator on which the Plaintiff worked malfunctioned and dropped precipitously causing the Plaintiff to fall and suffer serious bodily injuries.

6. The Defendant United States, by itself and through its agents, servants and/or employees, was responsible for the maintenance and repair of said elevator.

7. The Defendant was negligent in failing to maintain a safe elevator in spite of both actual and constructive knowledge of the defective condition of the elevator.

8. The Defendant was negligent in failing to maintain the elevator in accordance with the applicable District of Columbia Municipal Regulations.

9. As a result of the Defendant's negligence the Plaintiff suffered injuries, including but not limited to injuries to her

back, knees, shoulder and elbow.

    10. Plaintiff's injuries are permanent in nature and she is permanently disabled from working.

    11. Plaintiff has suffered mental anguish and incurred medical bills and lost wages both past and future.

    WHEREFORE, Plaintiff seeks a judgment against the Defendant in the amount of One Million Dollars ($1,000,000).

                      INTRATER LAW OFFICE

                      By: _____
                            Neil Intrater - D.C. Bar #362459
                            2310 Evans Drive
                            Silver Spring, MD 20902
                            (301) 754-0378
                            Attorney for Plaintiff