UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEARLINE MARTIN                           :

   Plaintiff                              :

v.                                        :   Case No.: 1:05-cv-01593-RCL

UNITED STATES OF AMERICA                  :

RETURN OF SERVICE

I, Neil Intrater, do hereby depose and state as follows: I am the attorney for the Plaintiff in the above captioned case. My office address is 2310 Evans Drive, Silver Spring, Maryland 20902. I obtained service of process on the Defendant, the United States of America, by mailing the Summons and Complaint, by certified mail, return receipt requested to:

| | |
|---|---|
| Alberto Gonzales, | U.S. Attorney |
| United States Attorney General | for the District of Columbia |
| Department of Justice | Civil Process Clerk |
| 950 Pennsylvania Avenue N.W., | 501 3rd Street N.W., |
| Washington, D.C. 20530 | Washington, D.C. 20530 |

Attached hereto are the return receipts from the Post Office reflecting service on each on August 15, 2005.

I, declare under the penalty of perjury that the foregoing is true and correct.

Executed on  8/29/05    _____
                         [signature: Neil Intrater]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X  *Ernest L. Koide*   ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>   for District of Columbia<br>Civil Process Clerk<br>501 3rd Street N.W.,<br>Washington, D.C. 20530 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 0860 0007 6105 3360 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X  *Ernest L. Koide*   ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>Department of Justice<br>950 Pennsylvania Ave. N.W.,<br>Washington, D.C. 20530 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 0860 0007 6105 3353 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PEARLINE MARTIN

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER   1:05CV01593

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/10/2005

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
Department of Justice
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neil Intrater, Esq.
2310 Evans Drive
Silver Spring, MD 20902-4173

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG 10 2005
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PEARLINE MARTIN

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER   1:05CV01593

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpract:

DATE STAMP: 08/10/2005

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
Civil Process Clerk
501 3rd Street N.W.,
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neil Intrater, Esq.
2310 Evans Drive
Silver Spring, MD 20902-4173

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 10 2005
CLERK                                DATE

(By) DEPUTY CLERK