IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
PEARLINE MARTIN,                      )
4430 South Dakota Avenue, N.E.        )
Washington, D.C. 20017                )
                                      )
              Plaintiff,       )
                                      )
  v.                                  ) Civil Action No. 05-1593(RCL)
                                      )
UNITED STATES OF AMERICA              )
                                      )
Serve:                                )
Alberto Gonzales,                     )
United States Attorney General        )
Department of Justice                 )
950 Pennsylvania Avenue, N.W.,        )
Washington, D.C. 20530                )
                                      )
Serve:                                )
U.S. Attorney                         )
for the District of Columbia          )
Civil Process Clerk                   )
501 3rd Street, N.W.,                 )
Washington, D.C. 20530                )
                                      )
              Defendant.       )
_____)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                       Respectfully submitted,

                       _____
                       DIANE M. SULLIVAN, D.C. BAR #427872
                       Assistant United States Attorney
                       Judiciary Center Bldg.
                       555 Fourth Street, NW
                       Civil Division
                       Washington, D.C. 20530
                       (202) 514-7205