```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                                    )
PEARLINE MARTIN,                    )
                                    )
                  Plaintiff,        )
                                    )
      v.                            ) Civil Action No. 05-1593(RCL)
                                    )
UNITED STATES OF AMERICA            )
                                    )
                  Defendant.        )
                                    )
_____)
```

## ANSWER

### FIRST DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The plaintiff's contributory negligence was the proximate cause of any alleged injuries.

### THIRD DEFENSE

Defendant, in response to the numbered paragraphs of the complaint, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Defendant admits that plaintiff worked for Goodwill Industries, which contracted with the Bureau of Engraving and Printing (BEP) to provide janitorial services, elevator operators and other services to BEP.

5. Denied.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

The remainder of the Complaint is plaintiff's prayer for relief to which no response is required. The defendant denies that the plaintiff is entitled to the relief sought or to any other relief whatsoever.

The defendant denies each and every allegation of the Complaint unless expressly and specifically admitted.

WHEREFORE, it is respectfully requested that the Complaint be dismissed and that the Court grant any other relief it deems appropriate.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205