**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
**PEARLINE MARTIN,**                          )
                                              )
    **Plaintiff,**          )
                                              )
    **v.**                  )          **Civil Action No. 05-1593 (RCL)**
                                              )
**UNITED STATES OF AMERICA,**                 )
                                              )
    **Defendant.**          )
_____)

## ORDER

    Defendant United States of America has filed an answer.  Therefore, a Local Rule 16.3

Conference shall be held within fifteen (15) days of this date between plaintiff and defendant.

Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed

scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in

Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

    SO ORDERED.


    Signed by Royce C. Lamberth, United States District Judge, on October 14, 2005.