```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
PEARLINE MARTIN                    :

     Plaintiff                     :

v.                                 :   Civil Action No. 05-1593 (RCL)

UNITED STATES OF AMERICA           :

     Defendant                     :
```

## JOINT SCHEDULING REPORT

Now come the parties to this action through counsel and submit to the Court this Joint Scheduling Report and Proposed Scheduling Order.

### PLAINTIFF'S STATEMENT OF THE CASE:

The Plaintiff, Pearline Martin, brings this action pursuant to the Federal Tort Claims Act. Plaintiff worked as an elevator operator at the Department of Bureau & Engraving at 14th & C Street in Washington, D.C. Plaintiff alleges that on October 9, 2001, the elevator on which the Plaintiff worked malfunctioned and dropped precipitously causing the Plaintiff to fall and suffer serious bodily injuries. Plaintiff alleges that the Defendant was negligent in failing to maintain a safe elevator in spite of both actual and constructive knowledge of the defective condition of the elevator and in violation of applicable laws and regulations. As a result of the Defendant's negligence the Plaintiff suffered permanent injuries, including but not limited to injuries to her back, knees, shoulder and elbow which have

precluded her ability to resume or obtain employment.

**DEFENDANT'S STATEMENT OF THE CASE:**

The Defendant denies Plaintiff's allegations, denies it violated any laws or regulations, and denies that plaintiff's alleged injuries resulted from any negligence of the defendant. The defendant further asserts that Plaintiff's injuries, if any, resulted from her own negligence.

## RULE 16.3(c) REPORT

On October 25 and 28, 2005, counsel for the parties conferred pursuant to Federal Rules of Civil Procedure 16(b), 26(f) and Local Rule 16.3. The following matters are addressed in the order set forth in Local Rule 16.3(c):

1. **DISPOSITIVE MOTIONS**: The parties do not believe that the case will be resolved by dispositive motion however they reserve the right to file dispositive motions in accordance with the scheduling order.

2. **ADDITIONAL PARTIES; AMENDMENT OF PLEADINGS**: While the Plaintiff does not anticipate amendment of the pleadings, the parties agree to have until two weeks after the close of discovery to amend pleadings and/or add parties after which either party may, for good cause shown, seek additional time for discovery. The defendant does not anticipate the need to add additional parties. The parties shall attempt to agree upon and narrow the factual and legal issues prior to trial.

3. **ASSIGNMENT TO MAGISTRATE JUDGE**: The parties do not seek the assignment of the case to a Magistrate Judge.

4. **SETTLEMENT**: The parties believe that more discovery is needed before the case can be evaluated for settlement.

5. **ALTERNATIVE DISPUTE RESOLUTION**: The parties believe it is premature to submit the case to alternative dispute resolution.

6. **SUMMARY JUDGMENT**: The parties do not believe that this case will likely be disposed of by summary judgment; however, they reserve the right to file dispositive motions in accordance with the scheduling order attached hereto.

7. **INITIAL DISCLOSURES**: The parties agree that initial disclosures will be provided by December 15, 2005.

8. **DISCOVERY**: The parties propose that discovery be completed by April 30, 2006.

9. **EXPERT WITNESSES**: Plaintiff identifies the following expert medical witnesses: Theresa O. Berry, MD; Alica. Alicia E. Hastings, MD.; Lawrence A. Manning, MD; Edward Anthony Rankin, MD. The Defendant anticipates that an IME will be needed and that independent experts will be called on behalf of the Defendant.

10. **CLASS ACTION**: N/a.

11. **BIFURCATION**: The parties do not propose bifurcation.

12. **PRETRIAL**: The parties propose that a pretrial

conference be set after discovery has been completed at a date convenient for the Court.

    13.  **TRIAL**: The parties agree that the trial date should not be set until the pretrial conference

    14.  **OTHER MATTERS**: None.

/s/ Neil Intrater
_____
NEIL INTRATER, Esq.
D.C. Bar # 362459
2310 Evans Drive
Silver Spring, MD 20902-4173
301-754-0378

Attorney for Plaintiff

Respectfully submitted,

/s/ Kenneth L. Wainstein (DMS)
_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/ Diane M. Sullivan
_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C. 20530
(202) 514-7205

Attorneys for Defendant