UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEARLINE MARTIN                    :

    Plaintiff                      :

v.                                 :   Civil Action No. 05-1593 (RCL)

UNITED STATES OF AMERICA           :

    Defendant                      :

## PROPOSED SCHEDULING ORDER

Upon Consideration of the parties' Joint 16.3 Report, it is by the Court this ____ day of _____, 2005 hereby,

    **ORDERED**, that initial disclosures shall be provided by December 15, 2005, and it is further,

    **ORDERED**, that discovery shall be completed by April 30, 2006, and it is further,

    **ORDERED**, that any motions for summary judgment shall be filed on or before June 15, 2006, and it is further,

    **ORDERED**, that any oppositions shall be filed by July 15, 2006, and it is further,

    **ORDERED**, that any replies shall be filed by July 30, 2006.

_____
United States District Court Judge

-2-

Copies to:
Neil Intrater, Esq.
2310 Evans Drive
Silver Spring, MD 20902-4173

Diane M. Sullivan
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530

-2-