UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PEARLINE MARTIN,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1593 (RCL) |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Rule 16.3 Report [6], it is hereby

ORDERED that initial disclosures shall be provided by December 15, 2005; it is

FURTHER ORDERED that discovery shall be completed by April 30, 2006; it is

FURTHER ORDERED that any motions for summary judgment shall be filed on or before June 15, 2006; it is

FURTHER ORDERED that any replies shall be filed by July 30, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 15, 2005.