IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PEARLINE MARTIN, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1593(RCL) |
|  | ) | |
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR AN ENLARGEMENT OF TIME

The parties, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court for a 90-day enlargement of time to complete discovery up to and including August 1, 2006.

The parties have exchanged written discovery. A significant amount of additional discovery by way of depositions and third-party subpoenas for records is necessary. Because certain records are no longer available, the plaintiff must take Rule 36 depositions. Since the elevators at the Bureau of Engraving and Printing were operated by Goodwill Industries, an independent contractor, depositions of employees of the independent contractors must be taken. Finally, medical records, workman compensation records, and prior employment records need to be obtained before the parties can determine if other depositions are needed. The parties initial Rule 16.3 report underestimated the amount of discovery needed.

Wherefore, it is respectfully requested that the parties

have up to and including August 1, 2006 to complete discovery.

                                              Respectfully Submitted,

| | |
|---|---|
| *Neil David Intrater (Dns)* | *Kenneth L. Wainstein (Dns)* |
| NEIL DAVID INTRATER, ESQ. | KENNETH L. WAINSTEIN, D.C. Bar # 451058 |
| D.C. Bar # 362459 | United States Attorney |
| Intrater Law Office | |
| 2310 Evans Drive | |
| Silver Spring, MD 20902 | |
| (301) 754-0378 | |
| | *Rudolph Contreras (Dns)* |
| | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| | Assistant United States Attorney |
| | |
| | *Diane M. Sullivan* |
| | DIANE M. SULLIVAN, D.C. Bar #12765 |
| | Assistant United States Attorney |
| | 555 4TH St., N.W., |
| | Civil Division |
| | Washington, D.C. 20530 |
| | (202) 514-7205 |