IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEARLINE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1593(RCL) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of the Joint Motion for an Enlargement of Time, it is this _____ day of August 1, 2006 hereby

ORDERED, that the Joint Motion for an Enlargement of Time is hereby GRANTED; it is

FURTHER ORDERED, that the parties have up to and including August 1, 2006 to complete discovery.

_____
UNITED STATES DISTRICT COURT JUDGE