UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEARLINE MARTIN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1593 (RCL) |

### ORDER

UPON CONSIDERATION of the Joint Motion [9] for an Enlargement of Time, it is this 1st Day of September, 2006 hereby

ORDERED, that the Joint Motion for an Enlargement of Time is hereby GRANTED, nunc pro tunc; it is

FURTHER ORDERED, that the parties have up to and including August 1, 2006 to complete discovery.

Discovery has presumably now been completed. In accordance with the original scheduling order, any motions for summary judgment shall be due September 15, 2006, oppositions October 15, 2006, and replies October 30, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 1, 2006.