IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

_____
                              )
PEARLINE MARTIN,              )
                              )
           Plaintiff,         )
                              )
     v.                       )    Civil Action No. 05-1593(RCL)
                              )
UNITED STATES OF AMERICA      )
                              )
           Defendant.         )
                              )
_____)

### CONSENT MOTION FOR AN ENLARGEMENT OF TIME

    The defendant, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to complete discovery up to and including November 30, 2006.

    The parties thought a further extension of time had been filed.  Counsel for the defendant believes that she inadvertently failed to file the motion due to preparation for trial in a case that had been reassigned to her after the departure of another AUSA.  Yancey v. Doan, Civil Action No. 04-0132 was scheduled for trial July 24, 2006.  Because defense counsel was unfamiliar with the case, it required intensive trial preparation.  All pretrial materials, including findings of fact and conclusions of law were due July 14, 2006.

    Indeed, the parties had operated under the erroneous assumption that a motion for an enlargement of time had been filed and continued to proceed with discovery.  Depositions were taken on August 9, 2006 and additional depositions were scheduled

for August 25, 2006, but were cancelled due to the vacation schedules of the deponents.  The parties finally resolved their long-standing differences over releases for medical records.  Signed medical releases by the plaintiff were received in mid-August.  Counsel for the defendant is in the process of obtaining plaintiff's medical records and records from the workman's compensation carriers.  Counsel does not anticipate that she will have all the records until the end of September or the first week in October.

    The parties had agreed that the deposition of the plaintiff and any independent medical examination of the plaintiff should be deferred until receipt and review of all plaintiff's medical records.

    Extensive discovery has been completed and the parties have cooperated throughout this process including resolving their differences over releases without the necessity of Court intervention.  The plaintiff has essentially completed her discovery, but defendant has not completed discovery primarily due the lack of appropriate releases from the plaintiff until August.

    The defendant does not believe on the present record that a motion for summary judgment is appropriate.  Both counsel believe that the case will be ready for trial by the first of the year.  Counsel for the defendant is not presently in a position to

assess the case for mediation without plaintiff's medical and worker's compensation records and her deposition.

Counsel for the plaintiff consents to this request. The defendant notes that the motion which was to be filed in July was to be a joint motion.

Wherefore, it is respectfully requested that discovery be extended until November 30, 2006 and that a status conference be scheduled shortly thereafter to set a trial date or schedule the case for mediation.

                                          Respectfully Submitted,

                            ___/s/_____
                            KENNETH L. WAINSTEIN, D.C. Bar # 451058
                            United States Attorney

                            ___/s/_____
                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                            Assistant United States Attorney


                            ___/s/_____
                            DIANE M. SULLIVAN, D.C. BAR #427872
                            Assistant United States Attorney
                            Judiciary Center Bldg.
                            555 Fourth Street, NW
                            Civil Division
                            Washington, D.C. 20530
                            (202) 514-7205