**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
PEARLINE MARTIN,               )
                               )
            Plaintiff,         )
                               )
    v.                         )    Civil Action No. 05-1593(RCL)
                               )
UNITED STATES OF AMERICA       )
                               )
            Defendant.         )
                               )
_____)
```

**ORDER**

UPON CONSIDERATION of the Consent Motion for an Enlargement of Time, it is this_____ day of September, 2006 hereby

ORDERED, that the defendant's motion is hereby GRANTED; it is

FURTHER ORDERED, that the parties have up to and including November 30, 2006 to complete discovery.

_____
UNITED STATES DISTRICT COURT JUDGE