UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEARLINE MARTIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1593 (RCL) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of [11] the Consent Motion for an Enlargement of Time, it is hereby

ORDERED, that the defendant's motion is hereby GRANTED, nunc pro tunc; it is further

ORDERED, that the parties have up to and including November 30, 2006 to complete discovery; and it is further

ORDERED that a status conference shall be held on December 1, 2006, at 9:30am.


SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on September 19, 2006.