Neil Intrater
Admitted MD, DC

**INTRATER LAW OFFICE**
Attorneys at Law
2310 Evans Drive
Silver Spring, MD 20902-4173

Phone: 301-754-0378
Fax:   240-363-0073

September 9, 2003

**CERTIFIED MAIL**
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington D.C. 20220

U.S. Department of the Treasury
c/o Karen Dorsey
Office of General Counsel
1500 Pennsylvania Avenue, N.W.
   Room #1417
Washington D.C. 20220

Re: Pearline Martin

Gentlemen and Ms. Dorsey:

  Please find the enclosed Federal Tort Claim Act claim (SF 95) for injury on behalf of my client, Pearline Martin.

  In addition to the SF95, please find the enclosed medical reports and bills in support of the claim.

  Please let me know if anything further is required to perfect this claim.

  Please address any correspondence or actions on this claim to me:

    Neil Intrater, Esq.
    2310 Evans Drive
    Silver Spring, MD 20902-4173

Thank you.

            Sincerely yours,

            Neil Intrater

Encl.

Exhibit 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROROVED OMB NO. 1105-0008 EXPIRES 5-31-05 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency: The Department of the Treasury Bureau of Engraving and Printing 14th & C Streets, SW Washington, DC 20228 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Pearline Martin 4430 South Dakota Avenue, N.E. Washington, D.C. 20017 | |

| 3. TYPE OF EMPLOYMENT MILITARY (CIVILIAN) | 4. DATE OF BIRTH March 28, 1942 | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT October 9, 2001 | 7. TIME (A.M. OR P.M) 7 - 8:30 a.m. (approx.) |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Claimant is an elevator operator who was working an elevator at the Department of Bureau & Engraving at 14th & C Street in Washington, D.C. On October 9, 2001, the elevator on which Claimant was working malfunctioned and dropped precipitously causing the Claimant to fall and suffer injuries including injuries to her back, knees, shoulder and elbow. She has injuries which are permanent and so severe as to disable Claimant from working or walking without some form of crutches. The Bureau of Engraving and Printing was responsible for the maintenance of the elevators. The Bureau of Engraving and Printing was negligent in failing to maintain a safe elevator in spite of both actual and constructive knowledge of the defective condition of the elevator.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side)

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT

Claimaint suffered injuries to her knees in addition to her back, shoulder (tear of rotator cuff) and elbow. She has injuries which are permanent in nature. Her knee injuries are so severe as to disable Claimant from working and from walking without some form of crutch or canes.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Fontella Williams | 1402 Constitution Avenue, N.E. Washington, D.C. 20020002 |
| Anita Godley | P.O. Box 64338 Washington, D.C. 20019 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $1,000,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $1,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) X [signature] | 13b. Phone number of signatory 202-529-9578 | 14. DATE OF CLAIM 9/3/03 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Imprisonment for not more than five years and shall be subject to a fine of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the United States. (See 18 U.S.C.A. 287.) |

95-108    NSN 7540-00-634-4046    STANDARD FORM 95 (Rev. 7-85)
Previous editions not usable    PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2