UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEARLINE MARTIN                    :

    Plaintiff                  :

v.                                 :    Civil Action No. 05-1593 (RCL)

UNITED STATES OF AMERICA           :

    Defendant

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

    Plaintiff requests the Defendant to produce the following documents, or legible copies thereof, at the office of Plaintiff's counsel within thirty days. This request applies to any documents obtainable by the Defendant, any employee or agent of the Defendant. If any document request is objected to, identify the nature of the document and specify with particularity the grounds for the objection.

    **The word "incident" refers to the elevator malfunction involving the Plaintiff which occurred on October 9, 2001.**

    1. Every document referred to in either party's Interrogatories or answers to interrogatories.

    2. All repair records or documents for the elevators in the main part of the building from January 1, 1995 through the present.

    3. All inspection records or documents for the elevators in the main part of the building from January 1, 1995 through the present.

    4. All maintenance records or documents for the elevators in the main part of the building from January 1, 1995 through the present.

*Exhibit 2*

5. All records or documents of any kind regarding complaints or problems or malfunctions for the elevators in the main part of the building from January 1, 1995 through the present.

6. All records or documents of any kind regarding an incidents involving the elevators in the main part of the building from January 1, 1995 through the present.

7. All records or documents of any kind relating to the elevators in the main part of the buildingfrom January 1, 1995 through the present.

8. Any photographs depicting any aspect of this case.

9. Any document Defendant intends to introduce at trial.

10. Any document any witness intends to rely upon at trial including but not limited to documents intended to refresh recollection and/or documents of past recollections recorded.

11. Any written reports, statements, memoranda or other document regarding this incident.

12. Any records, notes or documents of any kind relating to any investigation of this incident.

13. Any documents obtained by you pursuant to a subpoena or records deposition notice in this case.

14. All employment records of any kind of the Plaintiff.

15. Any of Plaintiff's medical records or other records of any kind you have obtained or hereafter obtain from any source other than from Plaintiff's attorney.  This request is to be supplemented promptly when any records are obtained up to and

through trial of this case.

16. Any written or recorded statement of the Plaintiff including but not limited to any statements given to any insurance company representative. (This request includes audio copies of any recorded statements and any transcripts of such audio copies).

17. Any written or recorded statement of any witness including but not limited to any statements given to any insurance company representative. (This request includes audio copies of any recorded statements and any transcripts of such audio copies).

18. Any document which supports any of your contentions or refutes Plaintiff's contentions regarding liability in this case.

19. Any document which supports any of your contentions or refutes Plaintiff's contentions regarding the Plaintiff's damages in this case.

20. Any and all documents which support any defenses you have to the Complaint or which support any contentions raised in your Answer to the Complaint.

21. Any incident report or investigative report regarding the incident.

22. Any employee handbook or employee guidelines of any kind in effect in September of 2001.

23. Any written procedures or rules regarding the reporting of elevator problems in effect in September of 2001.

24. Any written procedures or documents of any kind regarding elevator repairs in effect in September of 2001.

25. All salary records of the Plaintiff.

26. All Reports to the Department of Consumer and Regulatory Affairs regarding any elevator accidents, malfunctions or problems for the elevators in the main part of the building.

27. Any contracts related to inspection, maintenance or repair of the elevators in effect in September of 2001.

28. Any written rules, guidelines or procedures regarding malfunctioning elevators.

INTRATER LAW OFFICE

By: _____
Neil Intrater
2310 Evans Drive
Silver Spring, MD 20902
(301) 754-0378
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Copy of the foregoing mailed this 31st day of December, 2005, to: Diane M. Sullivan, Assistant United States Attorney, Judiciary Center Bldg., 555 Fourth Street, N.W., Civil Division Washington, D.C. 20530.

_____
Neil Intrater