UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PEARLINE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-1593 (RCL) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF RICHARD POPP

1.      My name is Richard Popp.  I have worked for the Bureau of Engraving and

Printing (Bureau) for approximately 11 years, and am currently employed as the Facilities

Maintenance Manager within the Office of Facilities Support.  I have occupied this

position since March 13, 2005.  Previously, I was the Supervisor of the Electric Shop

within the Office of Facilities Support.  I worked in this position from May 20, 2001-

March 13, 2005.  In my capacity as Electric Shop Supervisor, I worked on the day shift,

but I was responsible for all three shifts (day, evening and midnight).  My duties involved

the general oversight and responsibility for the electrical portion of the Bureau's

maintenance and repair.

2.      Throughout my tenure overseeing the Electric Shop, the elevator mechanics on all

shifts were required to complete work sheets of their daily activities, primarily duties

involving repair and maintenance of the elevators. These records were maintained in notebook binders. These notebook binders were stored in the Electric Shop office in room 212-17A. Although many were housed on the shelves lining the wall, others were kept on the desks. Assistant supervisors within the Electric Shop often differed in their preferred method of record keeping some recorded daily activities in common log books (multiple shifts) while others utilized individual shift logs. Thus, some log books included all shifts, while others contained only one shift. In addition, some managers preferred to utilize the mechanics' records in the notebook binders.

3.    On Sunday, September 9, 2002, Bureau personnel discovered that a chilled water line to a fan coil unit on the sixth floor of the Bureau's annex building had burst, and water had been running down through the floors below during the weekend resulting in a flood. The water damage got progressively worse as it cascaded down through the floors. Although many offices were damaged by this flood, the Electric Shop suffered the most damage. The damage was of such significance that a separate cost center was established to cover the cost of repairs. (See attached email to my supervisor, Dan Carver, and related emails) The ceiling had fallen out, the carpet was ruined and the wooden bookshelves and their contents were severely damaged. In fact, the drawers in the shelving unit were filled with water. Unfortunately, many of the log books were stored on these bookshelves and suffered irreparable damage. All attempts were made to salvage all of the log books, documents and items suffering water damage. However, some items were beyond repair and some log books were illegible and too damaged to be salvaged. In addition to the log books, other records that were maintained in the Electric

Shop were also destroyed by the flood. Some of these items include the following: shift log books; mechanic daily work sheet binders; emergency generator maintenance records; emergency generator and uninterruptible power supply (UPS) test records; equipment manuals and catalogues; personnel attendance sheets; equipment specification and maintenance manuals; elevator inspection records; computers; printers; bookshelf; desks; carpet; and chairs.

4.      I was unaware of any accident involving a Goodwill elevator operator incident that may have occurred on October 9, 2001. I was first notified of this incident when I was contacted by my boss, Dan Carver, and informed that an investigation into this accident was being conducted. During the ensuing investigation, I was informed that a former Bureau contract elevator operator had been injured on a freight elevator on the date in question. I was also notified that this individual had filed a federal tort claim in September 2003. (see attached FTCA claim) I was also questioned about any records reflecting elevator repair and maintenance. When I gathered the log books to respond to this inquiry, I noticed that some of the destroyed records included relevant log books containing the elevator records. Shortly thereafter, in March or April of 2005, I was contacted by Thomas Miles, Investigator within the Office of Security. I turned over all available records to Mr. Miles.

5.      As a practice, the Bureau maintained the log books for approximately 5 years or longer, depending on space limitations. However, this was not due to any specified rule, policy or regulation.

6.    In mid-October of 2001 I terminated the midnight shift for Electric Shop employees and transferred all electricians to the evening and day shifts.


7.    The Electric Shop is the primary point of contact for all malfunctions involving elevators. All elevator issues must be reported to our office, in order for an elevator mechanic to be dispatched to repair the problem. As standard procedure, all contract elevator operators are required to contact our office regarding elevator damage and malfunction. The contract elevator operators are typically assigned to one particular elevator. Consequently, the Electric Shop employees rely on these individuals to observe any irregularities or damage to their assigned elevator since they are most familiar with it. In addition, the elevator operators were responsible for taking an elevator out of service once they detected damage or malfunction and the Electric Shop was notified. The Bureau cannot rely on forklift operators to report elevator damage because they cannot abandon their equipment in the elevator or corridor to report incidents, and they often cannot observe such damage from their vantage point.


I swear, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.


4-27-07
Date

Richard Popp

## Carver Daniel

| | |
|---|---|
| **From:** | Carver Daniel |
| **Sent:** | Monday, September 09, 2002 8:11 AM |
| **To:** | Sirinakis James |
| **Cc:** | Mohlmann Neal |
| **Subject:** | FW: Water Damage - Chilled water pipe break 09/08/02 |

FYI

————Original Message————
**From:** Bowie Chris
**Sent:** Monday, September 09, 2002 6:51 AM
**To:** Toney Henry; Carver Daniel
**Subject:**

Henry / Dan,

At approximately 2:10pm, Sunday 9/8/02, Power Plant personnel discovered water running from the 6th fl. 608-A area. After obtaining access into 608-A, it was discovered that a chill water line to a fan coil in that office had ruptured. At 2:20pm chill water risers #77 and #78 were secured, and B&G was notified and began the water clean up. A valve union broke in three places causing a complete break. The line size is 3/4". Water made its way all the way to the sub-base. in the wing #2 (north) area.

I am going to walk the areas to get a better damage assessment, but I was called by Marty Dudley at home and told that 608-A (Bernia's) office has carpet damage. 510-A has carpet and ceiling tile damage, 412-A had minor damage, 310-A had minor damage, the Electric shop office took the brunt of the water damage. To my understanding, books, paperwork, and catalogues were damaged. The first floor and sub-base. had minor water issues.

I will get back to you as I have more facts.

Thanks,
Chris Bowie (Power Plant)

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Sirinakis James | Delivered: 09/09/2002 8:11 AM | Read: 09/10/2002 9:57 AM |
| | Mohlmann Neal | Delivered: 09/09/2002 8:11 AM | Read: 09/09/2002 8:13 AM |

1



# DEPARTMENT OF THE TREASURY
## BUREAU OF ENGRAVING AND PRINTING
### WASHINGTON, D.C. 20228



September 13, 2002

MEMORANDUM FOR    CARLA F. KIDWELL
                          ASSOCIATE DIRECTOR (TECHNOLOGY)

FROM:                 James G. Sirinakis, Chief
                       Office of Facilities Support

SUBJECT:             Weekly Report of Activities

---

### Significant Items/Developments

- <u>Standapol Formulated Wiping Solution</u> – Due to failure of the dosage pump the test has been discontinued until a new pump can be installed. We anticipate testing will resume around September 18th or 19th.

  Air samples were from the DALMAR area by the Industrial Hygienist on September 11th and sent out for analyses on September 12th. This was done to ensure that the ambient air in this area does not contain harmful constituents.

### General

- The replacement batteries for OIS' UPS system have been replaced. The major P/M is scheduled for Saturday October 19th. A Saturday in September was no available due end-of-year close out.

- The air-handler for the CPOC UPS room will be in operation next week.

- A burst valve in a fan coil unit in room 608A caused severe flooding from the 6th floor to the basement. The majority of the damage was concentrated in 608A, OPS and 510A, Security. The CP&M Shop did an excellent job removing the damaged carpeting, ceiling tiles, etc. Dave Lindsey office is repaired with the exception of moving the furniture back into his office. The carpeting in 608A will be installed next week. Replacement carpet for the Center for Excellence, Classroom C is on order.

- The 90% review comments for the CMMS and SCADA studies are due back to the contractor next Tuesday. The final submittal is due in early October.

## Carver Daniel

| | |
|---|---|
| **From:** | Carver Daniel |
| **Sent:** | Tuesday, September 10, 2002 11:54 AM |
| **To:** | Felix Larry |
| **Cc:** | Sirinakis James |
| **Subject:** | RE: Flood Damage in Annex - 610, 510, 410 and on down |

I passed this information on yesterday.
Thanks

-----Original Message-----
**From:** Felix Larry
**Sent:** Tuesday, September 10, 2002 11:10 AM
**To:** Carver Daniel
**Subject:** FW: Flood Damage in Annex - 610, 510, 410 and on down

-----Original Message-----
**From:** Taub Joel
**Sent:** Tuesday, September 10, 2002 10:09 AM
**To:** Kidwell Carla; Felix Larry
**Cc:** Oltjar Len
**Subject:** FW: Flood Damage in Annex - 610, 510, 410 and on down

Please pass this information forward appropriate.  Thanks.

-----Original Message-----
**From:** Wagner Amanda
**Sent:** Tuesday, September 10, 2002 9:59 AM
**To:** Hutchinson Sondra; Taub Joel; Thompson Shawn
**Cc:** Lee Karen
**Subject:** RE: Flood Damage in Annex - 610, 510, 410 and on down

Karen Lee has just informed me of a few other areas in the Center for Excellence which have damage from the flood.  There was one ceiling tile in the ladies restroom, which has already been replaced; one ceiling tile in Classroom B, which is being worked on now; and six tiles in Classroom A, which will be replaced when the current class takes a break for lunch.  Apparently some more water leaked down over-night.  Just wanted to up-date you on the damage.  Please feel free to call with any questions 4-3044.

Thanks,
Amanda

-----Original Message-----
**From:** Hutchinson Sondra
**Sent:** Tuesday, September 10, 2002 9:10 AM
**To:** McNeal Angie; Carpenter Russell; Gray Charlotte; McIlwain-Nesbitt Lynda; Rodney Charles; Thompson Shawn
**Cc:** Wagner Amanda; Hutchinson Sondra
**Subject:** FW: Flood Damage in Annex - 610, 510, 410 and on down

If you are affected by the water damage that started over the weekend, please see message, below.

-----Original Message-----
**From:** Taub Joel
**Sent:** Monday, September 09, 2002 11:27 AM
**To:** Lindsey David; Mitchell Norweater; Wright Thomas; Hutchinson Sondra; McNeal Angie; Thompson Shawn; Young Cassandra
**Subject:** FW: Flood Damage in Annex - 610, 510, 410 and on down

FYI

-----Original Message-----
**From:**     Olijar Len
**Sent:**     Monday, September 09, 2002 10:00 AM
**To:**       Kidwell Carla; Taub Joel; Wills Bill; Carper Greg; Bentzen Gary; Falter Ron; Felix Larry; Scherer Robert
**Cc:**       Wibbenmeyer Allan; Emmith Katherine; Pounds Jeanne
**Subject:**  Flood Damage in Annex - 610, 510, 410 and on down

A special cost center has been set up to capture the cost related to the water damage in the Annex Building from this weekend's flood - 005630. Please use this cost center for non-capital, flood-related costs. Thanks.

Len Olijar
202-874-2311

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Felix Larry | Delivered: 09/10/2002 11:54 AM | |
| Sirinakis James | Delivered: 09/10/2002 11:54 AM | Read: 09/10/2002 12:08 PM |

## Carver Daniel

| | |
|---|---|
| **From:** | Carver Daniel |
| **Sent:** | Monday, September 09, 2002 2:51 PM |
| **To:** | Moore Woodrow; Popp Richard; Stevenson Hughey; Bowie Chris; Toney Henry; Swann James; Smith Samuel; Talley Lemuel; Reese Nita |
| **Cc:** | Sirinakis James; Mohlmann Neal |
| **Subject:** | Water Damage Charge Number |

OFM has designated a specific cost center to charge all labor and materials associated with the water damage clean-up resulting from Sunday's flood.

Please use cc# 005630 to properly account for all labor and materials expended for this effort.

Thank you

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Moore Woodrow | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 3:05 PM |
| Popp Richard | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 2:54 PM |
| Stevenson Hughey | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 2:59 PM |
| Bowie Chris | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 2:52 PM |
| Toney Henry | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 3:07 PM |
| Swann James | Delivered: 09/09/2002 2:51 PM | Deleted: 09/16/2002 3:04 PM |
| Smith Samuel | Delivered: 09/09/2002 2:51 PM | Read: 09/11/2002 7:43 AM |
| Talley Lemuel | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 3:42 PM |
| Reese Nita | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 2:52 PM |
| Sirinakis James | Delivered: 09/09/2002 2:51 PM | Read: 09/10/2002 6:17 AM |
| Mohlmann Neal | Delivered: 09/09/2002 2:51 PM | Read: 09/09/2002 4:08 PM |