UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEARLINE MARTIN, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>　　　　Defendant. ) | Civil Action No: 05-1593 (RCL) |

### AFFIDAVIT OF THOMAS MILES

1.　My name is Thomas Miles. I have worked for the Bureau of Engraving and Printing (Bureau) for approximately 6 years, and am currently employed as an Investigator within the Office of Security. I have occupied this position since August 2003.

2.　In March 2005, I was requested by the Chief Counsel's office to conduct an investigation into an alleged incident that occurred on a Bureau elevator on October 9, 2001. I initiated an investigation shortly thereafter.

3.　On April 29, 2005 I spoke to Richard Popp, who was the Supervisor of the Electric Shop within the Office of Facilities Support. I requested any and all documents relating to elevator maintenance, inspection and repair. He gave me numerous log books, which I took possession of and locked in my office. Shortly thereafter, Mr. Popp

informed me that numerous documents and log books had been damaged in a flood in 2002.

4.  In February or March of 2006, I was assisted by Joseph DiBisceglie and Gail Serenco in copying these log books in response to a discovery request. Three copies of these books were generated. Except for the copying of the log books in March 2006, the log books have remained under lock and key in my office.

I swear, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

4/27/07

Date

Thomas Miles