UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEARLINE MARTIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1593 (RCL) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Stipulated Settlement Agreement [18], the entire record herein, and for good cause shown, it is hereby

ORDERED that the Settlement Agreement [18] is APPROVED; and it is further

ORDERED that this matter is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 10, 2007.